| | | | | |
|---|---|---|---|---|
| Reza v. State | 20A04–1608–CR–1782 | 03/14/2017 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Laux, Matter of | 38A04–1605–JP–1045 | 03/14/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| I.K., In re | 48A02–1607–JT–1628 | 03/14/2017 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Indiana Farmers Mutual Insurance Company v. Yost | 79A02–1606–CT–1407 | 03/14/2017 | BRADFORD, J. | Affirmed in part, Reversed in part, and Remanded for further proceedings |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Protho v. Brown | 45A04–1608–SC–1815 | 03/14/2017 | BAKER, J. | Affirmed and Remanded for further proceedings |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| B.W., In re | 52A02–1610–JC–2323 | 03/14/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Tapp v. State | 60A04–1610–CR–2268 | 03/14/2017 | BAKER, J. | Reversed and Remanded for further proceedings |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Hollerbach v. English | 82A01–1609–PL–2289 | 03/15/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Smith v. State | 45A03–1609–CR–1974 | 03/15/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |